# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mj-8466-RMM _____

UNITED STATES OF AMERICA

v.

ARYAN MARQUES JONES and
PERCIVAL LATTY, JR.

Defendants. _____/

FILED BY_____ SP _____D.C.

**Sep 12, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ____ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ____ Yes ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ____ Yes ✓ No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: *Shannon O'Shea Darsch* _____

SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    68566
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:      (561) 820-8777
Email:    shannon.darsch@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ARYAN MARQUES JONES and | ) | Case No.  23-mj-8466-RMM |
| PERCIVAL LATTY, JR. | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

FILED BY _____SP_____ D.C.

**Sep 12, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 19, 2023_____ in the county of _____Palm Beach_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(b)(1)(c) | Possession with the intent to distribute a controlled substance (cocaine and fentanyl) by Aryan Marques Jones; |
| 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a firearm in furtherance of a drug trafficking crime by Jones; |
| 18 U.S.C. §§ 922(g)(1) and 924(e) | Possession of a firearm and ammunition by a convicted felon, armed career criminal, by Jones |
| 18 U.S.C. § 922(g)(1) | Possession of a firearm and ammunition by Percival Thomas Latty, Jr. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Allison Marti, ATF
_Printed name and title_

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: ___9/12/23___

_Judge's signature_

City and state: _____West Palm Beach, FL_____       Ryon M. McCabe, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Allison Marti, first being duly sworn, hereby depose and state as follows:

### Introduction

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since September 2021. I am currently assigned to the West Palm Beach Field Office in the Miami Field Division. I attended the Federal Law Enforcement Training Center where I completed both the Criminal Investigator Training Program and ATF Special Agent Basic Training. My responsibilities as a Special Agent include, among other things, conducting investigations into criminal violations of federal law, including violations of Title 18 and Title 21 of the United States Code. I am thus a "federal law enforcement officer" as defined by Fed. R. Crim. P. 41(a)(2)(C). As a Special Agent with ATF, I have participated in investigations into a variety of federal crimes, including but not limited to violations of federal firearms laws and narcotics statutes.

2.      I make this Affidavit in support of a criminal complaint charging **ARYAN MARQUES JONES** with possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(c); possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e); possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i); and further charging **PERCIVAL LATTY JR** with possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

3.      I submit this Affidavit based on my personal knowledge and information provided to me from other law enforcement officials. Because this Affidavit is submitted for the limited

purpose of establishing probable cause, it does not include all the details of the investigation of which I am aware.

## PROBABLE CAUSE

4.      As background, on or about January 6, 2023, officers from the Palm Beach County Sheriff's Office ("PBSO") attempted to conduct a traffic stop of a 2022 gray Toyota RAV4 in Lake Worth Beach, Florida. Prior to the attempted traffic stop, officers observed JONES park and enter a store located in Lake Worth Beach, Florida. Shortly after JONES left the store in the vehicle, the traffic stop was attempted, but JONES fled from officers at a high rate of speed. Thereafter, an arrest warrant was authorized for JONES for the charges of fleeing or attempting to elude and driving while license suspended.

5.      On or about January 19, 2023, PBSO executed the arrest warrant for JONES.[1] PBSO apprehended JONES outside of his residence, an apartment building located at 740 Malibu Bay Drive, Apartment 303, West Palm Beach, Florida ("Apartment 303"). In the parking lot of the apartment building, PBSO officers observed a 2005 black and gray Infiniti G35 and a 2021 black Nissan Rough. Officers had observed JONES driving in both vehicles on previous occasions. Officers asked JONES about the vehicles, and JONES confirmed the Infiniti belonged to him, but he stated he had no knowledge about the Nissan.

6.      A PBSO narcotics agent and his canine partner Azra[2] responded to the parking lot of 740 Malibu Bay Drive, West Palm Beach, Florida to assist with a narcotic canine sniff on the Infiniti and the Nissan in the open parking lot. Azra was deployed on both vehicles and indicated the detection of one or more odors of narcotics that Azra is trained and certified to detect. Since

---

[1] In April 2023, JONES was convicted of fleeing and eluding for the offense that occurred on January 6, 2023. JONES is on probation for a period of eighteen months, with the first twelve months of probation on a CCII with monitor.
[2] Canine Azra is a trained/certified narcotic detecting canine currently certified through F.L.E.C.A. in the detection of cocaine, heroin, methamphetamine, and ecstasy.

2

probable cause was established for both vehicles, officers attempted to open the vehicles but were unsuccessful. A vehicle towing company responded to the parking lot and assisted with unlocking the vehicles.

7.    A search of the Nissan was conducted, and officers recovered: approximately seventeen (17) grams of suspected crack cocaine; one (1) clear capsule containing purple powder suspected to be fentanyl; a plastic bag containing several empty capsules with suspected heroin residue; numerous empty plastic bags; NarCan Nasal spray; correspondence with the name Aryan JONES; a digital scale; and a box containing forty-four (44) rounds of 9mm Fiocchi ammunition.

8.    The U.S. Department of Justice Drug Enforcement Administration ("DEA") Southeast Laboratory confirmed that the suspected crack cocaine was cocaine base, with a net weight of 15.23 grams, and the suspected fentanyl capsule was confirmed as fentanyl and xylazine, with a net weight of approximately .148 grams.

9.    A search of the Infiniti was conducted, and officers recovered a plastic bag containing several empty capsules with suspected heroin residue.

10.    Thereafter, PBSO knocked on the door to Apartment 303. LATTY opened the door, and officers smelled the strong odor of burnt marijuana coming from inside the residence. Officers then asked that all occupants exit the residence. A total of three (3) individuals were inside the residence; LATTY, Dominic Walton, and Linda Saint-Eloi,[3] who all exited the residence when requested. Officers asked LATTY if they could enter the apartment to determine if there were any additional occupants inside. LATTY gave officers consent to check the residence. LATTY told officers that he had marijuana inside the residence and was smoking marijuana inside the

---

[3] Walton and Saint-Eloi indicated they were only visiting the residence, which LATTY confirmed.

residence. Officers asked LATTY as well as the additional occupants if they had active medical marijuana cards. All the occupants denied having active medical marijuana cards.

11.     That same day, January 19, 2023, PBSO obtained a residential search warrant authorized by Fifteenth Judicial Circuit Judge Ted Booras for Apartment 303, for narcotics and firearms.

12.     Inside the southwest bedroom, later identified as JONES' bedroom, officers recovered: one (1) Century Arms Inc., Model VZ2008 Sporter, 7.62x39mm caliber rifle, bearing serial number: VZ08PM-006298, with an attached magazine containing eighteen (18) rounds of 7.62x39mm Barnaul ammunition; one (1) plastic bag containing approximately six (6) grams of light purple powder of suspected fentanyl inside a backpack; one (1) plastic bag containing approximately seventeen (17) grams of light purple powder of suspected fentanyl inside the same backpack; one (1) plastic bag containing approximately two (2) grams of white powder of suspected fentanyl inside the backpack; a digital scale; empty plastic 1x1 bags; and mail and additional correspondence with the name Aryan JONES.

13.     The DEA Southeast Laboratory confirmed that the purple powder of suspected fentanyl was fentanyl and xylazine, with a net weight of approximately 21.26 grams; and the white powder of suspected fentanyl was identified as cocaine, with a net weight of 1.49 grams.

14.     Further, inside the southwest bedroom, officers recovered a lanyard with several keys attached.  The lanyard contained two (2) Nissan keys. Officers used one of the keys to open the driver side door of the Nissan that had been previously searched in the parking lot, confirming those keys unlocked that vehicle. The lanyard also had a safe key. Officers recovered a black safe in the southwest bedroom closet and used that safe key to open the safe. Inside the safe, officers recovered: one (1) Glock, Model 19 Gen4, 9mm caliber pistol, bearing serial number: BKHW371

4

with one (1) round of 9mm Fiocchi ammunition located in the chamber of the firearm and fifteen (15) rounds of assorted ammunition in an attached magazine; one (1) Glock, Model 26, 9mm caliber pistol, bearing serial number: SZX734 with one (1) round of Winchester 9mm Luger ammunition located in the chamber of the firearm and ten (10) rounds of assorted ammunition in an attached magazine; one (1) plastic bag containing approximately three hundred and ninety eight (398) grams suspected cocaine; and a bill with the name Aryan JONES, and approximately $3,000 in U.S. currency.

15.    The DEA Southeast Laboratory confirmed that the 398 grams of suspected cocaine was cocaine, with a net weight of 387.8 grams.

16.    Turning to the master bedroom and bathroom, later identified as LATTY's bedroom and bathroom, officers recovered one (1) Stoeger, Model STR-9, 9mm caliber pistol, bearing serial number: 76429-19R00848, with an attached magazine containing fifteen (15) rounds of Winchester 9mm Luger ammunition.  The pistol was found inside the master bedroom closet. Officers also recovered bags of purple powder, white powder, and suspected marijuana.  The total package weight of the narcotics included approximately four grams of purple powder and approximately four grams of white powder, which were found in the bathroom ceiling vent.  The purple powder field tested positive pursuant to a Marquis kit test and Colbat kit test.  The Marquis kit tests for the presence of amphetamines/methamphetamines/MDMA.  The Cobalt kit tests for the presence of cocaine/crack cocaine.  The white powder field tested positive using the Cobalt kit test.  On the bathroom closet floor, law enforcement recovered approximately four grams of white powder.  It field tested negative for narcotics.

17.    PBSO officers conducted a recorded post-*Miranda* interview with LATTY.  He stated that he, his wife, and brother lived at Apartment 303. Officers confirmed that when he stated

his brother, he was referring to JONES. LATTY further informed officers that he stayed in the master bedroom with his wife, and JONES resided in the smaller bedroom. When officers informed LATTY that they recovered a firearm, LATTY stated it was his "cousin's gun" and he had left it at the residence. LATTY stated that he touched the firearm to move it to the closet and put it in his tuxedo jacket, which is where the firearm was found.

18.     A query of the Comprehensive Case Information System ("CCIS") confirms that prior to January 19, 2023, JONES was convicted of the following felony offenses in Palm Beach County, Florida:

> a) 2017CF008343AMB, Possession of Cocaine with Intent to Sell, a second-degree felony, and Possession of Carfentanil with Intent to Sell, a second-degree felony; and
>
> b) 2017CF004326AMB, Felon in Possession of a Firearm or Ammunition (Actual Possession), a second-degree felony.

19.     A query of CCIS confirms that prior to January 19, 2023, LATTY was convicted of the sale of cocaine, in Palm Beach County, Florida, case number 502007CF005587AXXXMB, a second-degree felony.

20.     An ATF expert who is certified as an interstate nexus expert as it pertains to the manufacturing of firearms and ammunition examined the firearms and ammunition and determined that the Stoeger, Model STR-9, 9mm caliber pistol; the Glock, Model 19 Gen4, 9mm caliber pistol; the Glock, Model 26, 9mm caliber pistol; the Century Arms Inc., Model VZ2008 Sporter, 7.62x39mm caliber rifle; and the ammunition were manufactured outside the State of Florida, and thus traveled in and affected interstate and/or foreign commerce.

## CONCLUSION

21.     Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists that **JONES** committed the crimes of possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(c); possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i); and possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e); and further that **LATTY** committed the crime of possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Special Agent Allison Marti
Bureau of Alcohol, Tobacco, Firearms and Explosives

SWORN AND ATTESTED TO ME BY APPLICANT VIA TELEPHONE (FACETIME)
PURSUANT TO FED. R. CRIM. P. 4(d) AND 4.1 THIS _12_ DAY OF SEPTEMBER 2023.

HON. RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: _Aryan Marques Jones_

**Case No**: _____

Count #: 1

Possession with Intent to Distribute a Controlled Substance

21 U.S.C. §§ 841(a)(1), (b)(1)(C)

| | |
|---|---|
| **\* Max. Term of Imprisonment:** | 20 years |
| **\* Max. Supervised Release:** | 3 years to life |
| **\* Max. Fine:** | $1,000,000 |

Count #: 2

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

18 U.S.C. § 924(c)(1)(A)(i)

| | |
|---|---|
| **\* Max. Term of Imprisonment:** | 5 years to a maximum term of life imprisonment |
| **\* Max. Supervised Release:** | 5 years |
| **\* Max. Fine:** | $250,000 |

Count #: 3

Felon in Possession of a Firearm (Armed Career Criminal Act)

18 U.S.C. §§ 922(g)(1), 924(e)

| | |
|---|---|
| **\* Max. Term of Imprisonment:** | 15 years to a maximum term of life imprisonment |
| **\* Max. Supervised Release:** | 5 years |
| **\* Max. Fine:** | $250,000 |

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Percival Thomas Latty, Jr.

**Case No**: _____

Count #: 4

Felon in Possession of a Firearm

18 U.S.C. § 922(g)(1)

**\* Max. Term of Imprisonment:**      15 years
**\* Max. Supervised Release:**        3 years
**\* Max. Fine:**                      $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**